IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 1R3435476-77

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Tricia Dye,

   Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance   X Arraignment   ___Sentencing   ___Status

___Administrative Review   ___Show Proof   ___Other (_____)

The location, date and time set for the hearing is:

___212 N. Wahsatch, Suite 101   ___901 19th Street, Rm. A-105   X 1929 Stout St. Mustafa
   Colorado Springs, CO 80903      Denver, CO 80294         Denver, CO 80294

Appearance date: 02/10/2012, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                                   Greg Langham, Clerk
                                   By: NLC
                                       Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 1/13/2012         Name: Tricia Dye
                         Address _____

Phone. _____
Revised 3/17/09