IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 1|R3435476-77

UNITED STATES OF AMERICA,

Plaintiff,

v.

Tricia Dye,

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance    X Arraignment    ___Sentencing    ___Status

___Administrative Review    ___Show Proof    ___Other (_____)

The location, date and time set for the hearing is: MJ Watanabe

___212 N. Wahsatch, Suite 101    X 901 19th Street, Rm. A-105    ___1929 Stout St.
Colorado Springs, CO 80903    Denver, CO 80294    Denver, CO 80294

Appearance date: 03/09/12, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 2/10/12    Name: Tricia Dye

Address:

Phone:
Revised 3/1/09