IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 1/R3435476-77

UNITED STATES OF AMERICA,

Plaintiff,

v.

Tricia Dye,

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance     X Arraignment     ___Sentencing     ___Status

___Administrative Review     ___Show Proof     ___Other (_____)

The location, date and time set for the hearing is: MJ Boland

___212 N. Wahsatch, Suite 101     X 901 19th Street, Rm. A-105     ___1929 Stout St.
   Colorado Springs, CO 80903         Denver, CO 80294              Denver, CO 80294

Appearance date: 4/13/2012, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 3/23/12     Name: Tricia Dye

Address:

Phone:
Revised 3/17/09