# Memorandum

**TO:** Criminal Duty Magistrate Judge

**FROM:** Honorable Robert E. Blackburn, United States District Judge for the District of Colorado

**RE:** 12-cr-00171-REB-01
USA v. Tricia D. Dye

This matter has come before the court on **Defendant's Combine Notice of Disposition and Request For Remand To The Magistrate Judge** [#16] filed April 27, 2012. The parties intend to consummate their proposed disposition before a magistrate judge under Fed. R. Crim. P. 58(b)(3)(A). In her notice of disposition, the defendant represents that she will execute the written consent required by Fed. R. Crim. P. 58(b)(3)(A), which consent will be completed before her appearance before a magistrate judge.

Therefore, I direct that this matter 12-cr-00171-REB be referred to the duty magistrate judge for arraignment and change of plea hearing.